ATTACHMENT 4

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | DOCKET NUMBER:  07-CR-20605-02 |
| William Anthony Hall | : | |
| | : | |

## ORDER

### HELPING OFFENDERS POSITIVELY EXCEL (H.O.P.E) PROGRAM

You have been found in violation. Accordingly, the Court imposes the following sanction(s):

- ■ Judicial reprimand in open court today.
- ☐ Return to the U.S. Courthouse on _____ to observe the following proceedings:
- ☐ Increased reporting to the probation officer as follows: _____
- ☐ Increased drug testing as follows: _____
- ☐ Participation in drug, alcohol, or mental health treatment.
- ☐ Complete _____ hours community service as directed.
- ☐ Comply with the following curfew restrictions or home confinement: _____
- ☐ Defendant shall reside and satisfactorily participate in a Residential Re-Entry Center for _____ days.
- ■ Serve  5 (five)  days in jail, to begin on Thursday, November 15, 2012 and to be released on Monday, November 19, 2012. During this time, Mr. Hall's Residential Reentry center placement time will continue.

- ■ William Hall shall reside at Renaissance Residential Reentry Center from November 25, 2012 up to 180 days. While at the Residential Reentry Center he shall abide by the rules and regulations of the facility. Social time will be approved as determined by the Court. The cost of subsistence is waived so Mr. Hall can save money for his release.

- ☐ Termination from the H.O.P.E Program.
- ■ Changes in current treatment: Attend weekly group and bi-weekly individual treatment at Sacred Heart Rehabilitation Center in Warren, Michigan as directed by the treatment provider.
- ■ Attend the Focus: Hope program as scheduled on Tuesdays and Fridays from 1:00 p.m. until 4:00 p.m. until complete.

All previously-imposed terms and conditions of your supervised release remain in effect, unless expressly noted otherwise.

Your next H.O.P.E Program review date is on  December 20, 2012  at 2:30 p.m. at the U.S. Courthouse in   the Eastern District of Michigan

Dated this  15th  day of  November  2012.

_____
United States District Judge